**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| *In re KeyBank Consumer Data Security Breach Litigation* | MDL No. 3056 |

**CERTIFICATE OF SERVICE**

Pursuant to JPML Rule 4.1(a), I hereby certify that I filed Plaintiff Mark Samsel's Response to Motion for Transfer and Centralization on November 8, 2022 through the JPML's CM/ECF system, which will electronically serve all parties to this MDL.

Dated: November 8, 2022                    Respectfully submitted,

By: /s/ *Matthew R. Wilson*
Matthew R. Wilson
MEYER WILSON CO., LPA
305 W. Nationwide Blvd.
Columbus, Ohio 43215
Email: mwilson@meyerwilson.com
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Counsel for Plaintiff Mark Samsel and the Proposed Class*