|  | IN RE: KEYBANK DATA BREACH LITIGATION | MDL NO. 3056 |
|---|---|---|

### LIST OF ACTIONS FILED AGAINST OVERBY-SEAWELL COMPANY

| *CAPTION* | *PARTIES* | *CIVIL ACTION NO.* | *DISTRICT COURT* | *JUDGE* |
|---|---|---|---|---|
| MARK SAMSEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERBY-SEAWELL COMPANY and KEYBANK, N.A.<br><br>Defendants. | **Plaintiffs:** Mark Samsel<br><br>**Defendants:** Overby-Seawell Company; KeyBank, N.A. | 1:22-cv-03593 | United States District Court for the Northern District of Georgia | Steven D. Grimberg |
| TIM MARLOWE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERBY-SEAWELL COMPANY and KEYBANK NATIONAL ASSOCIATION,<br><br>Defendants. | **Plaintiffs:** Tim Marlowe<br><br>**Defendants:** Overby-Seawell Company; KeyBank National Association | 1:22-cv-03648 | United States District Court for the Northern District of Georgia | Steven D. Grimberg |
| MARIANN ARCHER and PATRICK REDDY On behalf of herself and those similarly situated, | **Plaintiffs:** Mariann Archer; Patrick Reddy | 1:22-cv-03780 | United States District Court for the Northern District of Georgia | Steven D. Grimberg |

| | | | | |
|---|---|---|---|---|
| Plaintiffs,<br><br>v.<br><br>OVERBY-SEAWELL CO. and KEYBANK, N.A.<br><br>Defendants. | **Defendants:** Overby-Seawell Co.; KeyBank, N.A. | | | |
| DANIEL BOZIN, as Executor of the Estate of AURORA MURGU, JAMES MCNICHOL, JESSICA MCNICHOL, KRISTI BURK, and PATRICIA BURK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK, N.A.<br>% Christopher M. Gorman, C.E.O,<br>127 Public Square<br>Cleveland, OH 44107<br><br>AND<br><br>OVERBY-SEAWELL CO.<br>% Corporation Service Company,<br>Registered Agent<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30144<br><br>Defendants. | **Plaintiffs:** Daniel Bozin, individualy and as executor of the Estate of Aurora Murgu; James McNichol; Jessica McNichol; Kristi Burk; Patricia Burk<br><br>**Defendants**: KeyBank, N.A.; Overby-Seawell Co. | 1:22-cv-01536 | United States District Court for the Northern District of Ohio | Charles Esque Fleming |
| MELISSA URCIUOLI and JAMES URCIUOLI,<br><br>And | **Plaintiffs:** Melissa Urciuoli; James Urciuoli; | 1:22-cv-01598 | United States District Court for the Northern District of Ohio | Judge Solomon Oliver, Jr. |

| | | | | |
|---|---|---|---|---|
| JOSEPH TUROWSKI, JR. and TERESA TUROWSKI, on their individual behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,<br><br>Defendants. | Joseph Turowski, Jr.; Teresa Turowski<br><br>**Defendants:** KeyBank National Association; KeyCorp; Overby-Seawell Company | | | |
| KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,<br><br>Defendants. | **Plaintiffs:** Karen Martin; Michael Martin<br><br>**Defendants:** KeyBank National Association; KeyCorp; Overby-Seawell Company | 2:22-cv-01346 | United States District Court for the Western District of Pennsylvania | Robert J. Colville |
| JACINT PITTMAN, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCOPR, AND OVERBY SEARELL COMPANY,<br><br>Defendants. | **Plaintiffs:** Jacint Pittman<br><br>**Defendants:** KeyBank National Association, KeyCorp, Overby-Seawell Company | 2:22-cv-1513 | United States District Court for the Western District of Pennsylvania | Robert J. Colville |

| JOYNEQUA WEST, individually and on behalf of herself and all other similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>OVERBY SEARELL COMPANY, and FULTON BANK, N.A.<br><br>    Defendants. | **Plaintiffs:** Joynequa West<br><br>**Defendants:** Overby-Seawell Company, Fulton Bank National Association | 1:22-cv-3858 | United States District Court for the Northern District of Georgia | Steven D. Grimberg |
| --- | --- | --- | --- | --- |
| SCOTT SHECKARD and MARGARET SCHECKARD, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.<br><br>    Defendants. | **Plaintiffs:** Scott Sheckard, Margaret Sheckard<br><br>**Defendants:** Overby-Seawell Company, Fulton Bank National Association | 1:22-cv-3708 | United States District Court for the Northern District of Georgia | Steven D. Grimberg |

| | **Plaintiffs:** Michael J. Brouty, Melissa D. Kaurman, Lebertus Vanderwerff  **Defendants:** KeyBank National Association, KeyCorp, Overby-Seawell Company | 1:22-cv-1885 | United States District Court for the Northern District of Ohio, Cleveland Division | Charles Esque Fleming |
|---|---|---|---|---|
| MICHAEL J. BROUTY, MELISSA D. KAURMAN, and LEBERTUS VANDERWERFF individually and on behalf of all others similarly situated  Plaintiff,  v.  KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,  Defendants. | | | | |